# UNITED STATES DISTRICT COURT

## Western Division

| Western | DISTRI | Tennessee |

UNITED STATES OF AMERICA

V.

BELINDA KEELER

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CA  06-324-0

CHARGING DISTRICTS
CASE       2:06CR154

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court _____Northern_____ District of _____Mississippi_____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk  911 Jackson Avenue, Oxford, MS 38655-3622
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required.  The defendant shall next appear Pursuant Notice by the Prosecuting District.

s/Diane K. Vescovo
*Signature of Judge*

November 13, 2006
*Date*

**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**
*Name and Title of Judge*